**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-1385**

_____

MAI CHAPPEL,

                    Plaintiff – Appellant,

          v.

CHRISTINA COOPOCK, Executive Mortgage Specialist of Wells
Fargo Bank,

                    Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   James R. Spencer, District
Judge.  (3:13-cv-00084-JRS)

_____

Submitted:  August 6, 2013          Decided:  August 14, 2013

_____

Before WILKINSON, GREGORY, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Mai Chappel, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mai Chappel appeals the district court's order dismissing this action pursuant to Fed. R. Civ. P. 41(a) for failure to comply with a court order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Chappel v. Coopock, No. 3:13-cv-00084-JRS (E.D. Va. Mar. 5, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED